5494.

(Court of Appeal, Parish of Orleans.)

## C. C. HARTWELL CO., LTD., vs. W. F. STOCK.

Under Art. 901, C. P., the appellant cannot be permitted to withdraw his appeal without the consent of the appellee and the cause shall take its course.

Appeal from the Civil District Court, Division "E."

F. C. Marx, for plaintiff and appellant.

Foster, Milling, Brian & Saal, for defendant and appellee.

DUFOUR, J.—The plaintiff and appellant asks that the appeal herein be dismissed at its cost; the appellee does not join in or consent to the motion.

Under Article 901, Code of Practice, the appellant cannot be permitted to withdraw his appeal without the consent of the appellee and the cause shall take its course.

The cause, having been regularly fixed and reached, must be deemed as submitted, and no reason being shown to the contrary, the judgment will be affirmed.

Judgment affirmed.